UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC d/b/a HYDRAFACIAL COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANDRIA HEPPNER, an individual, and BLOOM BEAUTY AND WELLNESS LLC, a California limited liability company,<br><br>　　　　　Defendants. | Case No.:  21-CV-0146-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 6]** |

　　　Plaintiff Edge Systems LLC and Defendant Bloom Beauty and Wellness LLC filed a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint (the "Joint Motion").  ECF No. 6.  Defendant Andria Heppner is not currently represented by counsel, but the moving parties agree that an extension of time for all Defendants to respond is appropriate.  *See* ECF Nos. 4-6.  Good cause appearing, the Court **GRANTS** the Joint Motion.  All Defendants must file their responsive pleadings by April 19, 2021.

　　　**IT IS SO ORDERED.**

Dated: March 18, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge